IN THE DISTRICT COURT IN AND FOR PAYNE COUNTY
STATE OF OKLAHOMA

IN THE DISTRICT COURT OF
Payne County, Oklahoma
FILED
AUG 21 2015
By: LORI ALLEN, Court Clerk
_____ Deputy

RANDY CORBIN and YVONNE CORBIN, )
)
Plaintiffs, )
)
vs. ) Case No. CJ-2015-339
)
BANK OF AMERICA, N.A.; )
JP ENERGY DEVELOPMENT, LP; )
JP ENERGY MARKETING, LLC; )
JP ENERGY PARTNERS, LP; and )
JPE GSPP, LLC; )
)
Defendants. )

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

Bank of America, N.A.
Legal Order Processing
PO Box 15047
Wilmington, DE  19850-5047

You have been sued by the above-named plaintiffs, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiffs.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

ISSUED this 21 day of August, 2015.

LORI ALLEN, COURT CLERK

By __Judith R. Huff__
    Deputy Court Clerk

(Seal)

Attorney for Plaintiffs, Randy Corbin and Yvonne Corbin:

Jessie V. Pilgrim, OBA #11152
2121 S. Columbia Ave., Suite 302
Tulsa, Oklahoma 74114
(918) 879-3700


**YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE LIMIT STATED ON THE SUMMONS.**