## AFFIDAVIT OF ERIN ROLSTAD

STATE OF TEXAS )
) ss.
COUNTY OF DALLAS )

I, Erin Rolstad, of lawful age and sound mind, testify as follows:

1. I am counsel for JP Energy Partners LP. This affidavit is based on my personal knowledge.

2. JP Energy Marketing, LLC is a Texas-based limited liability company formed in Delaware.

3. JP Energy Marketing, LLC's sole member is JP Energy Development LP, a Delaware limited partnership with its principal place of business in Irving, Texas.

4. JPE GSPP, LLC is a Texas-based limited liability company formed in Delaware.

5. JPE GSPP, LLC's sole member is JP Energy Marketing, LLC, a Delaware limited liability company with its principal place of business in Irving, Texas.

Dated this 11th day of September, 2015.

_____
Erin Rolstad

Subscribed and sworn to before me this 11th day of September, 2015.

_____
Notary Public

My commission expires on: 2/7/2019

Jessica Smillie
My Commission Expires
02/07/2019

