# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY CORBIN AND YVONNE CORBIN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. CIV-15-994-M ) |
| BANK OF AMERICA N.A., JP ENERGY DEVELOPMENT, LP JP ENERGY MARKETING, LLC JP ENERGY PARTNERS, LP, JPE GSPP, LLC, | ) ) ) ) ) ) *Payne County No. CJ-2015-339* |
| Defendants. | ) |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as I am counsel for Defendants, JP Energy Development, LP, JP Energy Marketing, LLC, JP Energy Partners, LP and JPE GSPP, LLC.  I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
  GOODNIGHT + ROBERTS

*/s/Jason Goodnight*
Jason Goodnight, OBA #19106
Two West Second Street, Suite 900
Tulsa, Oklahoma 74103
(918) 583-7129 Phone
(918) 584-3814 Fax
***Attorneys for Defendants, JP Energy Development, LP JP Energy Marketing, LLC, JP Energy Partners, LP, JPE GSPP, LP***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrant: Jessie V. Pilgrim

*/s/Jason Goodnight*