**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

RANDY CORBIN AND          )
YVONNE CORBIN,            )
                                  )
            Plaintiffs,     )
                                  )
v.                               )     No. CIV-15-994-M
                                  )
BANK OF AMERICA N.A.,    )
JP ENERGY DEVELOPMENT, LP  )
JP ENERGY MARKETING, LLC   )
JP ENERGY PARTNERS, LP,    )
JPE GSPP, LLC,            )   *Payne County No. CJ-2015-339*
            Defendants.   )

**DEFENDANT JP ENERGY DEVELOPMENT, LP'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant JP Energy Development, LP, pursuant to Fed.R.Civ.P. 7.1, makes the

following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?

___YES              __X_ NO

2.     Does party have any parent corporations?

_X__ YES           ___ NO

If YES, identify all parent corporations, including grandparent and great-

grandparent corporations:

Not a corporation, but the direct parent is Lonestar Midstream Holdings, LLC.

3.      Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

___YES                  _X__ NO

If YES, identify all such owners:

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

_X__ YES                  ___ NO

If YES, identify entity and nature of interest:

JP Energy Partners LP is a named defendant.  JP Energy Partners LP is a publicly traded partnership.

5.      Is party a trade association?

___ YES                  _X__ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
  GOODNIGHT + ROBERTS

*/s/Brynna Schelbar*         
Jason Goodnight, OBA #19106
Brynna Schelbar, OBA #21348
Alexander J. Sisemore, OBA #31225
Two West Second Street, Suite 900
Tulsa, Oklahoma 74103
(918) 583-7129 Phone
(918) 584-3814 Fax
***Attorneys for Defendants, JP Energy
Development, LP JP Energy Marketing,
LLC, JP Energy Partners, LP, JPE
GSPP, LP***

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of September, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrant: Jessie V. Pilgrim

*/s/Brynna Schelbar*