**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RANDY CORBIN AND | ) | |
| YVONNE CORBIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. CIV-15-994-M |
| | ) | |
| BANK OF AMERICA N.A., | ) | |
| JP ENERGY DEVELOPMENT, LP | ) | |
| JP ENERGY MARKETING, LLC | ) | |
| JP ENERGY PARTNERS, LP, | ) | |
| JPE GSPP, LLC, | ) | *Payne County No. CJ-2015-339* |
| Defendants. | ) | |

**DEFENDANT JP ENERGY MARKETING, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant JP Energy Marketing, LLC, pursuant to Fed.R.Civ.P. 7.1, makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?

___YES                 __X_ NO

2.      Does party have any parent corporations?

__X_ YES                 ___ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

Not a corporation, but the direct parent is JP Energy Development LP, which is a

wholly owned subsidiary of Lonestar Midstream Holdings, LLC.

3.      Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

___YES                    __X_ NO

If YES, identify all such owners:

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

__X_ YES                    ___ NO

If YES, identify entity and nature of interest:

JP Energy Partners LP is a named defendant.  JP Energy Partners LP is a publicly traded partnership.

5.      Is party a trade association?

___ YES                    _X_ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
   GOODNIGHT + ROBERTS

/s/Brynna Schelbar
Jason Goodnight, OBA #19106
Brynna Schelbar, OBA #21348
Alexander J. Sisemore, OBA #31225
Two West Second Street, Suite 900
Tulsa, Oklahoma 74103
(918) 583-7129 Phone
(918) 584-3814 Fax
**Attorneys for Defendants, JP Energy
Development, LP JP Energy Marketing,
LLC, JP Energy Partners, LP, JPE
GSPP, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrant: Jessie V. Pilgrim

/s/Brynna Schelbar