**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RANDY CORBIN AND<br>YVONNE CORBIN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | No. CIV-15-994-M |
| BANK OF AMERICA N.A.,<br>JP ENERGY DEVELOPMENT, LP<br>JP ENERGY MARKETING, LLC<br>JP ENERGY PARTNERS, LP,<br>JPE GSPP, LLC, | ) <br> ) <br> ) <br> ) <br> ) | *Payne County No. CJ-2015-339* |
| Defendants. | ) | |

**DEFENDANT JPE GSPP, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Defendant JPE GSPP, LLC, pursuant to Fed.R.Civ.P. 7.1, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

___YES            _X__ NO

2. Does party have any parent corporations?

_X__ YES            ___ NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

Not a corporation, but the direct parent is JP Energy Marketing, LLC, which is a

wholly owned subsidiary of JP Energy Development LP, which is a wholly owned subsidiary of Lonestar Midstream Holdings, LLC.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?

___YES        _X__ NO

If YES, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

__X_ YES        ___ NO

If YES, identify entity and nature of interest:  JP Energy Partners LP is a named defendant.  JP Energy Partners LP is a publicly traded partnership.

5. Is party a trade association?

___ YES        _X_ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
  GOODNIGHT + ROBERTS

*/s/Brynna Schelbar*
Jason Goodnight, OBA #19106
Brynna Schelbar, OBA #21348
Alexander J. Sisemore, OBA #31225
Two West Second Street, Suite 900
Tulsa, Oklahoma 74103
(918) 583-7129 Phone
(918) 584-3814 Fax
***Attorneys for Defendants, JP Energy Development, LP JP Energy Marketing, LLC, JP Energy Partners, LP, JPE GSPP, LP***

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrant: Jessie V. Pilgrim

*/s/Brynna Schelbar*