# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANDY CORBIN AND YVONNE CORBIN, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA N.A., <br> JP ENERGY DEVELOPMENT, LP <br> JP ENERGY MARKETING, LLC <br> JP ENERGY PARTNERS, LP, <br> JPE GSPP, LLC, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. CIV-15-994-M <br><br><br> *Payne County No. CJ-2015-339* |

## DEFENDANTS JP ENERGY DEVELOPMENT, LP, JP ENERGY MARKETING, LLC, JP ENERGY PARTNERS, LP AND JPE GSPP, LLC'S
## NOTICE OF NO PENDING MOTIONS

Pursuant to LCvR81.2(b), Defendants, JP Energy Development, LP, JP Energy Marketing, LLC, JP Energy Partners, LP and JPE GSPP, LLC ("Defendants") states there were <u>no</u> motions pending in state court at the time of the filing of the Notice of Removal.

Respectfully submitted,

FRANDEN | FARRIS | QUILLIN
 GOODNIGHT + ROBERTS

*/s/Brynna Schelbar*
Jason Goodnight, OBA #19106
Brynna Schelbar, OBA #21348
Alexander J. Sisemore, OBA #31225
Two West Second Street, Suite 900
Tulsa, Oklahoma 74103
(918) 583-7129 Phone
(918) 584-3814 Fax

*Attorneys for Defendants, JP Energy Development, LP JP Energy Marketing, LLC, JP Energy Partners, LP, JPE GSPP, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of September, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrant: Jessie V. Pilgrim

*/s/Brynna Schelbar*