**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RANDY CORBIN and YVONNE CORBIN,<br><br>Plaintiff(s),<br><br>v.<br><br>BANK OF AMERICA, N.A., JP ENERGY DEVELOPMENT, LP, JP ENERGY MARKETING, LLC, JP ENERGY PARTNERS, LP, JPE GSPP, LLC<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. CIV-15-994-M<br><br>      *Payne County No. CJ-2015-339* |

## **ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant , Bank of America, N.A. .
(Plaintiff/Defendant)           (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Tara A. LaClair, OBA #21903                    September 18, 2015
Signature                                                          Date

Tara A. LaClair, OBA #21903
Print Name

CROWE & DUNLEVY, P.C.
Firm

Braniff Building, 324 N. Robinson Avenue, Suite 100
Address

Oklahoma City                    OK                           73102
City                                      State                         Zip Code

405-235-7732                      405-239-6651
Telephone                           Fax Number

tara.laclair@crowedunlevy.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✔] I hereby certify that on (date) September 18, 2015 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Jessie V. Pilgrim - jessiepilgrim@gmail.com
Alexander Sisemore - asisemore@tulsalawyer.com
Brynna Schelbar - bschelbar@tulsalawyer.com
Jason Goodnight - jgoodnight@tulsalawyer.com

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

u] Tara A. LaClair, OBA #21903
s/ Attorney Name