# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

RANDY CORBIN and YVONNE CORBIN, )
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-15-994-M
)
BANK OF AMERICA, N.A., JP ENERGY DEVELOPMENT, LP, JP ENERGY MARKETING, LLC, JP ENERGY PARTNERS, LP, JPE GSPP, LLC )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Bank of America, N.A.                        .
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Joel W. Harmon, OBA #11332        September 21, 2015
Signature                                  Date

Joel W. Harmon, OBA #11332
Print Name

CROWE & DUNLEVY, P.C.
Firm

Braniff Building, 324 N. Robinson Avenue, Suite 100
Address

Oklahoma City        OK        73102
City        State        Zip Code

405-239-6637        405-239-6651
Telephone        Fax Number

joel.harmon@crowedunlevy.com
Internet E-mail Address

REVISED 8/31/06

*Certificate of Service*

[✔] I hereby certify that on (date) September 21 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Jessie V. Pilgrim - jessiepilgrim@gmail.com
Alexander J. Sisemore - asisemore@tulsalawyer.com
Brynna Schelbar - bschelbar@tulsalawyer.com
F. Jason Goodnight - jgoodnight@tulsalawyer.com

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

Joel W. Harmon, OBA #11332
s/ Attorney Name