IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| RANDY CORBIN and YVONNE CORBIN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | NO. 5:15-CV-00994-M |
| BANK OF AMERICA N.A., JP ENERGY DEVELOPMENT, LP, JP ENERGY MARKETING, LLC, JP ENERGY PARTNERS, LP, JPE GSPP, LLC, | § § § § § § § | |
| Defendants. | § | *Payne County No. CJ-2015-339* |

**NOTICE OF CONSENT BY BANK OF AMERICA, N.A. TO REMOVAL AND SUPPLEMENT TO NOTICE OF REMOVAL**

Defendant Bank of America N.A. ("Bank of America") files this Notice of Consent to Removal and Supplement to Notice of Removal as follows:

**A.     Consent to Removal**

Bank of America consents to the Notice of Removal [Docket No. 1] filed by the remaining defendants in this action on September 11, 2015.

**B.     Citizenship of the Parties**

Bank of America also supplements the Notice of Removal to provide additional information on the citizenship of certain parties. Bank of America understands the citizenship of the parties to be as follows:

- According to the allegations in their First Amended Petition filed in state court, Plaintiffs Randy Corbin and Yvonne Corbin are citizens of and reside in the State of Oklahoma.

- Bank of America is a National Bank with its main office in North Carolina.[1]

- Defendant JP Energy Development, LP ("JPED") is an unincorporated association (a limited partnership)[2] and has alleged that diversity exists between JPED and the Plaintiffs.

- Defendant JP Energy Marketing, LLC ("JPEM"), is an unincorporated association (a limited liability company) and has alleged that diversity exists between JPEM and the Plaintiffs.

- Defendant JP Energy Partners, LP ("JPEP") is an unincorporated association (a limited partnership) and has alleged that diversity exists between JPEP and the Plaintiffs.

- Upon information and belief, Defendant JPE GSPP, LLC ("JPE") is an unincorporated association (a limited liability company) and has alleged that diversity exists between JPE and the Plaintiffs.

[*Remainder of page intentionally left blank.*]

---

[1] *Gorsuch, Ltd., B.C. v. Wells Fargo Nat'l Bank Ass'n*, 771 F.3d 1230, 1235 (10th Cir. 2014) (noting that a national bank is a citizen of the state where its main office is located (citing *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006)).

[2] *See Carden v. Arkoma Assocs.*, 494 U.S. 185, 187–92 (1990) (in diversity analysis, rejecting the state that created a limited partnership is the state of citizenship and instead looking to citizenship of limited partnership's general and limited partners); *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1237-38 (10th Cir. 2015) (holding citizenship of a limited liability company is determined based on the citizenship of its members). *See generally* Charles Alan Wright et al., *Federal Practice and Procedure* § 3723 (4th ed. 2009) ("Although a limited partnership and various other business entities possess many attributes comparable to those of corporations, for purposes of determining diversity of citizenship jurisdiction they are treated as unincorporated associations, rather than as corporations. Thus, the citizenship of all the partners or members of an organization is critical, and the state where the limited partnership or other entity is registered or has its principal place of business is not considered for purposes of determining citizenship and therefore federal subject-matter jurisdiction.").

- 3 -

Dated: September 22, 2015                    Respectfully submitted,

                                              s/Tara A. LaClair
Tara A. LaClair, OBA #21903
Joel W. Harmon, OBA#11332
**Crowe & Dunlevy, P.C.**
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, OK  73102
Telephone:  (405) 235-7732
Facsimile:  (405) 239-6651
tara.laclair@crowedunlevy.com
joel.harmon@crowedunlevy.com

- and -

NORTON ROSE FULBRIGHT US LLP

Toby L. Gerber
Texas State Bar No. 07813700
toby.gerber@nortonrosefulbright.com
Rodney Acker
Texas State Bar No. 00830700
rodney.acker@nortonrosefulbright.com
Ryan E. Manns
Texas State Bar No. 24041391
ryan.manns@nortonrosefulbright.com
James V. Leito IV
Texas State Bar No. 24054950
james.leito@nortonrosefulbright.com
(Admissions Pending)
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:   (214) 855-8000
Facsimile:     (214) 855-8200

**ATTORNEYS FOR DEFENDANT BANK OF AMERICA N.A.**

## CERTIFICATE OF SERVICE

I certify that on September 22, 2015, the foregoing document was filed with the Court's CM/ECF, which has generated and delivered electronic notice of filing to all counsel of record who have consented to electronic service.

| | |
|---|---|
| Jessie V. Pilgrim - <br> Pilgrim Law Firm <br> 2121 S Columbia Ave, Suite 302 <br> Tulsa, OK 74114 <br> **ATTORNEYS FOR PLAINTIFFS** | jessiepilgrim@gmail.com |
| Alexander Sisemore <br> Brynna Schelbar <br> Jason Goodnight <br> Franden, Farris, Quillin, <br>  Goodnight + Roberts <br> Two West Second Street, Suite 900 <br> Tulsa, OK 74103 <br> **ATTORNEYS FOR DEFENDANTS** <br> **JP ENERGY DEVELOPMENT, LP, JP** <br> **ENERGY MARKETING, LLC, JP** <br> **ENERGY PARTNERS, LP and JPE** <br> **GSPP, LP** | asisemore@tulsalawyer.com <br> bschelbar@tulsalawyer.com <br> jgoodnight@tulsalawyer.com |

s/Tara A. LaClair
Tara A. LaClair
